ACCEPTED
05-14-01254-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
10/20/2015 12:00:34 PM
LISA MATZ
CLERK

## NO. 05-14-01254-CV

IN THE COURT OF APPEALS
FOR THE FIFTH DISTRICT OF TEXAS
AT DALLAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
10/20/2015 12:00:34 PM
LISA MATZ
Clerk

MARTIN L. GRAMAN, *Appellant*

v.

JASON L. GRAMAN, *Appellee*

On Appeal from the 416th Judicial District Court of Collin County, Texas
Cause No. 416-51105-2012

### UNOPPOSED MOTION TO POSTPONE ORAL ARGUMENT OF APPELLANT

Jeffrey Goldfarb
Texas Bar No. 00793820
GOLDFARB PLLC
Saint Ann Court
2501 N. Harwood, Suite 1801
Dallas, Texas 75201
Tel.: (214) 583-2233
Fax: (214) 583-2234
jgoldfarb@goldfarbpllc.com

To the Honorable Court of Appeals:

Pursuant to Rule 10.5(c) of the Texas Rules of Appellate Procedure, Appellant Martin L. Graman ("Appellant") seeks a postponement of oral argument in this case. In support of this Motion, Appellant would respectfully show the Court the following:

1.    Oral argument is currently set on December 15, 2015 at 10:00 a.m.

2.    Appellant seeks a postponement of oral argument to a later date.

3.    Counsel for Appellant seeks to postpone the oral argument due to demands placed on him by other matters, namely: Counsel Jeffrey Goldfarb is set for a day-long evidentiary hearing in Florida state court in Miami, Florida on December 14, 2015.

4.    This Motion is not being filed for purposes of delay, but rather so that justice may be done in this case.

5.    This Motion is agreed to by all parties.

### PRAYER

Appellant Martin L. Graman respectfully asks the Court grant this Motion and postpone oral argument set for December 15, 2015 at 10:00 a.m. to a later date.

Dated:  October 20, 2015            Respectfully submitted,


By:  /s/ *Jeffrey Goldfarb*
     Jeffrey Goldfarb
     State Bar No. 00793820
     GOLDFARB PLLC
     Saint Ann Court
     2501 N. Harwood Street, Suite 1801
     Dallas, TX  75201
     Phone: 214.583.2333
     Fax: 214.583.2234
     jgoldfarb@goldfarbpllc.com

**ATTORNEYS FOR APPELLANT
MARTIN L. GRAMAN**

---

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with W. "Trey" R. Dyer, III, counsel for Appellee Jason L. Graman, regarding the relief sought in this Motion. Mr. Dyer stated that his client was unopposed to the relief sought herein.

*/s/ Jeffrey Goldfarb*

Jeffrey Goldfarb

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on the following counsel in accordance with the Texas Rules of Civil Procedure on October 20, 2015:

W. "Trey" R. Dyer III
CHERRY PETERSEN LANDRY ALBERT LLP
8350 North Central Expressway
Suite 1500
Dallas, Texas 75206-1632

*/s/ Jeffrey Goldfarb*

Jeffrey Goldfarb